(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Air-Serv, Inc. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>06-0774880 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5713 S. Central Avenue<br>Chicago, Illinois  60638 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Cook County | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 5713 S. Central Avenue<br>Chicago, Ilinois  60638 |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☑ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying
that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information**  (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☑ | 1000-ove ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 ☐ | $50,001 to<br>$100,000 ☐ | $100,001 to<br>$500,000 ☑ | $500,001 to<br>$1 million ☐ | $1,000,001 to<br>$10 million ☐ | $10,000,001 to<br>$50 million ☐ | $50,000,001 to<br>$100 million ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 ☐ | $50,001 to<br>$100,000 ☐ | $100,001 to<br>$500,000 ☐ | $500,001 to<br>$1 million ☐ | $1,000,001 to<br>$10 million ☐ | $10,000,001 to<br>$50 million ☑ | $50,000,001 to<br>$100 million ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/19/2003
Time: 12:16:06
Debtor: AIR-SERV INC
Case: 03-34198        Fee : 200
Chapter: 7 Rec. # : 3028495
Judge: Jacqueline Cox
341 mtg: 09/15/2003 @ 03:00PM
Trustee: R. SCOTT ALSTERDA

1:03BK34198-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Air-Serv, Inc.** |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: **NONE** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

X _____*[signature]*_____
Signature of Attorney for Debtor(s)

**Bruce L. Wald, 02919095**
Printed Name of Attorney for Debtor(s) / Bar No.

**Tishler & Wald, Ltd.**
Firm Name

**200 S. Wacker Drive Suite 3000**
Address

**Chicago, IL 60606**

312-876-3800                                          312-876-3816
Telephone Number

8-18-03
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____*[signature]*_____
Signature of Authorized Individual

**Cliff Wylie**
Printed Name of Authorized Individual

**Vice President of Finance and Administra**
Title of Authorized Individual

8/18/03
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X __Not Applicable__
Signature of Attorney for Debtor(s)          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X __Not Applicable__
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

(Official Form 1) (12/02)

FORM B1, Page 3

Name of Debtors: **Air-Serv, Inc.**

Case Number:

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR | |
|---|---|
| Bruce L. Wald | **02919095** |
| Alexander D. Kerr, Jr. | **01450484** |
| Jeffrey B. Rose | **06186133** |
| Kurt M. Carlson | **06236568** |

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

In re: **Air-Serv, Inc.**             Case No. _____

**06-0774880**                          Chapter    7

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,350.00 |
   | Prior to the filing of this statement I have received | $ 4,350.00 |
   | Balance Due     *plus a reasonable hourly rate as needed and necessary | $ 0.00 * |

2. The source of compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)      **Board of Directors of NewWorldAir Holdings, Inc.**

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☑ Other (specify)      **Board of Directors of NewWorldAir Holdings, Inc.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **8-18-03**

_____
Bruce L. Wald, Bar No. 02919095

Tishler & Wald, Ltd.
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
 )  Chapter 7
 Air-Serv, Inc. )
  FEIN No. 06-0774880 ) No. _____
 )
 Debtor. )
 )

## NUMBERED LISTING OF CREDITORS

| | Vendor | Balance Total | Address |
|---|---|---|---|
| 1 | 23airmail, LLC | 9,600.00 | 23airmail, LLC 1430 Larimer Street Suite 306 Denver, CO 80202 |
| 2 | A.J. Enterprises | 92.20 | A.J. Enterprises 4647 Lawn Ave. Western Springs, IL 60558 |
| 3 | ABC Expediting | 758.75 | ABC Expediting 1001 W. Grand Chicago, IL 60622 |
| 4 | ABC Tools Rentals | 35.30 | ABC Tools Rentals 6707 W. Archer Avenue Chicago, IL 60638 |
| 5 | Acorn Rents, Inc. | 442.29 | Acorn Rents, Inc. 25 East Spring Valley Avenue Maywood, NJ 07607 |
| 6 | Acurid Commercial | 491.71 | Acurid Commercial 940 South Frontace Road Woodridge, IL 60517 |
| 7 | ADT Security Services | 783.37 | ADT Security Services P.O. Box 96175 Las Vegas, NV 89193 |
| 8 | Advanced Telecommunications, Inc, | 721.46 | Advanced Telecommunications, Inc, 1811 Centre Point Circle, Suite 111 Naperville, IL 60563-1438 |
| 9 | Air BP | 57,209.22 | Air BP 28100 Torch Parkway Warrenville, IL 60555 |
| 10 | AIR Charter Guide | 3,350.00 | AIR Charter Guide 104 Mt. Auburn St. 4th Floor Cambridge, MA 02138 |
| 11 | Air Chef Holdings, LLC | 3,851.41 | Air Chef Holdings, LLC 37 East Wilson Bridge Rd Ste200 Worthington, OH 43085 |
| 12 | Airborne Express | 12.35 | Airborne Express P.O. Box 91001 Seattle, WA 98111 |
| 13 | Airline Tariff Publishing Co. | 114.27 | Airline Tariff Publishing Co., Dulles Intl Airport, P.O. Box 17415, Washington, DC 20041-1497 |
| 14 | Airline Training and Consulting Group | 43,062.83 | Airline Training and Consulting Group 4310 East 69th Street Tulsa, OK 74136 |
| 15 | Allegiance Telecom of Illinois, Inc. | 1,905.17 | Allegiance Telecom of Illinois, Inc. P.O. Box 844870 Dallas, TX 75207 |
| 16 | Almac Electric Supply Co. Inc. | 109.75 | Almac Electric Supply Co. Inc., 5331 W 65th Street, Bedford Park, IL 60638 |
| 17 | American Data Center, Inc. | 480.43 | American Data Center, Inc. P.O. Box 462030 Los Angeles, CA 90046 |
| 18 | American Express SBS | 20,924.39 | American Express SBS Suite 0002 Chicago, IL 60638-3739 |
| 19 | American Red Cross | 2,735.00 | American Red Cross ProHealth Safety Systems 75 Remittance Drive Suite 1929 Chicago, IL 60675-1929 |
| 20 | Ameritech | 853.80 | Ameritech, c/o Joe Buckman, 425 W. Randolph Street, 9th Floor, Chicago, IL 60606 |
| 21 | Ameron Global Product Support | 931.00 | Ameron Global Product Support 10271 Bach Blvd. St. Louis, MO 63132 |

1

| # | Name | Amount | Address |
|---|------|--------|---------|
| 22 | Amex One | 464.90 | Amex One 1400 American Lane Tower 1 - Floor 1 Schaumburg, IL 60196 |
| 23 | Amsan | 9,750.00 | Amsan, Vonachen Service & Supply, 8700 N Allen Road, Peoria, IL 61615 |
| 24 | Andpak, Inc. | 79.10 | Andpak, Inc. 400 Jarvis Drive Morgan Hill, CA 95037 |
| 25 | Anne Gray | 235.00 | Anne Gray 350 East 79th Street #44D New York, NY 10021 |
| 26 | Aramark | 723.38 | Aramark 2200 Bernice Road Lansing, IL 60438 |
| 27 | ARINC | 1,806.80 | ARINC 2551 Riva Road, Annapolis, MD 21401 |
| 28 | Art Bookbinders of America, Inc. | 765.00 | Art Bookbinders of America, Inc. 451 North Cilaremont Avenue Chicago, Illinois 60612-1440 |
| 29 | Art Stafford | 1,311.24 | Art Stafford, 2605 Glasgow Street, Joliet, IL 60435 |
| 30 | ASM Auto Supply Co. | 30.21 | ASM Auto Supply Co. 5617 W. 63rd Street Chicago, IL 60638 |
| 31 | AT&T | 368.45 | AT&T P O Box 78355 Phoenix, AZ 85062-8355 |
| 32 | AT&T Wireless Services | 422.91 | AT&T Wireless Services P O Boxx 8220 Aurora, IL 60572-8220 |
| 33 | Atlantic Aviation Corporation | 1,756.38 | Atlantic Aviation Corporation P.O. Box 641830 Pittsburgh, PA 15264-1830 |
| 34 | ATPCO | 114.27 | ATPCO P.O. Box 17415 Washington, DC 20041-0415 |
| 35 | Aviation Information Services | 1,835.16 | Aviation Information Services P.O. Box 173834 Denver, CO 80217-3834 |
| 36 | Aviation Resource Management | 16,045.38 | Aviation Resource Management Tereboro Airport 430 Industrial Ave, 2nd Floor Tereboro, New Jersey 07608 |
| 37 | BAC, Inc. | 392.12 | Business Aircraft Consumables 716 Tek Dr. Unit F Crystal Lake, IL 60014 |
| 38 | Back Associates, Inc. | 28,867.50 | Back Associates, Inc., P.O. Box 8009, Bridgeport, CT 06601-8009 |
| 39 | Basso and Company | 1,950.56 | Basso and Company 13226 South Commercial Ave. Chicago, IL 60633 |
| 40 | Bell Fuels, Inc. | 604.08 | Bell Fuels, Inc. 135 S. LaSalle, Dept. 5974 Chicago, IL 60674-5974 |
| 41 | Bel-Labs Inc. | 837.50 | Bel-Labs Inc. P.O. Box 546 Matawan, NJ 07747 |
| 42 | Ben Aram | 34.00 | Ben Aram 10564 Owen Brown Road Columbia, MD 21044 |
| 43 | BizJet | 334,806.16 | BizJet P.O. Box 60897 St. Louis, MO 63160-0897 |
| 44 | Blue Elephant | 21,169.46 | BLUE ELEPHANT 37 West 28th Street, 7th Floor New York, NY 10001 |
| 45 | Blue Ridge Networks, Inc. | 1,680.00 | Blue Ridge Networks, Inc. 14120 Parke Long Ct. Suite 101 Chantilly, VA 20151 |
| 46 | Briski Industrial Supply Co., Inc | 124.69 | Briski Industrial Supply Co., Inc 5919 Archer Avenue Chicago, IL 60638-2802 |
| 47 | Brooks Brothers | 18,235.64 | Brooks Brothers 100 Phoenix Ave, P.O. BOX 1700, Enfield, CT 96083-1700 |
| 48 | C. S. Battery, Inc. | 282.20 | C. S. Battery, Inc. 4555 W. 59th St. Chicago, IL 60629 |
| 49 | Cal Lab Co., Inc. | 184.00 | Cal Lab Co., Inc. 17035 Westview Ave South Holland, IL 60473-2743 |
| 50 | Camp Systems Int'l | 2,712.00 | Camp Systems Int'l 999 Marconi Ave Ronkonkoma, NY 11779-7299 |
| 51 | Charter Guides | 3,350.00 | Charter Guides 104 Mt. Auburn Street Cambridge, MA 02138 |
| 52 | Cheryl Palvis | 79.98 | Cheryl Palvis 46 Laurel Street Ridgefield Park, NJ 07660 |
| 53 | Chicago Convention and Tourism Bureau | 825.00 | Chicago Convention and Tourism Bureau McCormick Place Complex 2301 S. Lake Shore Drive Chicago, IL 60616 |
| 54 | Chicago Loop News | 400.00 | Chicago Loop News 600 East Chestnut Box 122 Chicago, IL 60611 |
| 55 | Chicago Sun Times | 25.20 | Chicago Sun Times, 401 N Wabash Ave, Chicago, IL 60611 |
| 56 | Chicago Tribune | 384.20 | Chicago Tribune P.O. Box 6315 Chicago, IL 60680-6315 |
| 57 | Chris Rojek | 220.08 | Chris Rojek, Authorized Matco Tools Distributor, 12663 Martingale Lane, Lockport, IL 60441 |
| 58 | ChoicePoint Services, Inc | 2,950.00 | ChoicePoint Services, Inc P.O. Box 105186 Atlanta, GA 30348 |

| #  | Creditor | Amount | Address |
|----|----------|--------|---------|
| 59 | Cingular Wireless | 64.69 | Cingular Wireless PO Box 806055 Chicago, IL 60680-6055 |
| 60 | Cintas Corporation | 1,140.43 | Cintas Corporation P.O. Box 97627 Chicago, IL 60678-7627 |
| 61 | City Of Chicago - Department of Water | 745.71 | City Of Chicago - Dept. of Water, P.O. Box 6330, Chicago, IL 60680-6330 |
| 62 | CJR Enterprises | 69.60 | CJR Enterprises 12663 Martingale Lane Lockport, IL 60441 |
| 63 | ComEd | 4,551.52 | ComEd, 2100 Swift Road, Oak Brook, IL 60523 |
| 64 | Commercial Readers Service | 49.50 | Commercial Readers Service P.O. Box 3696 Bloomington, IL 61702-3696 |
| 65 | Computing Technologies for Aviation, Inc. | 2,500.00 | Computing Technologies for Aviation, Inc., P.O. Box 5523, Charlottesville, VA 22905 |
| 66 | CORT Furniture Rental | 442.29 | CORT Furniture Rental, 260 Schuyler Ave., Kearny, NJ 07032 |
| 67 | CPH Imaging Studios, Inc. | 1,875.00 | CPH Imaging 954 W. washington #39 Chicago, IL 60607 |
| 68 | CSC | 53.20 | CSC P.O. Box 13397 Philadelphia, PA 19101-3397 |
| 69 | CT Corporation System | 10,496.47 | CT Corporation System 208 South LaSalle Suite 814 Chicago, IL 60602 |
| 70 | Cyl-Tec, Inc. | 20.00 | Cyl-Tec, Inc. Department 20-CYL 001 PO Box 5940 Carol Stream, IL 60197-5940 |
| 71 | Dana B. Davidson CPA Company | 480.00 | Dana B. Davidson CPA Company 1251 Shermer Road Northbrook, IL 60062 |
| 72 | Dassault/Falcon Jet | 15,798.70 | Dassault/Falcon Jet ATTN: Pamela Lorenzo 200 Riser Road Little Ferry, NJ 07643 |
| 73 | Daugherty, Fowler, Peregrin & Haught | 1,638.20 | Daugherty, Fowler, peregrin & Haught 204 N. Robinson Suite 900 Oklahoma City, OK 73102 |
| 74 | Debbie Sylvestro | 498.72 | Debbie Sylvestro 37 Mountain View Court Riverdale, NJ 07457 |
| 75 | Dell Financial Services | 454.00 | Dell Financial Services Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197-5292 |
| 76 | Deluxe | 224.86 | Deluxe, P.O. Box 742572, Cincinnati, OH 45274-2572 |
| 77 | Dennis Gadeikis | 1,240.00 | Dennis Gadeikis 8823 Palos Springs Drive Orland Park, IL 60462 |
| 78 | Department of Port Control | 145.00 | Department of Port Control 5300 Riverside Drive Cleveland, OH 44135 |
| 79 | DHL | 889.91 | DHL Worldwide Express, P.O. Box 78016, Phoenix, AZ 85062-8016 |
| 80 | DIRECTV | 97.97 | DIRECTV P.O. Box 60036 Los Angeles, CA 90060-0036 |
| 81 | Distinctive Business Products, Inc. | 817.86 | Distinctive Business Products, Inc. P.O. Box 5940 Lock Box # 20-COE 001 Carol Stream, IL 60197-5940 |
| 82 | D-Squared Interiors | 1,050.00 | D-Squared Interiors 1837 West Newport Chicago, IL 60657 |
| 83 | Dun & Bradstreet | 99.00 | Dun & Bradstreet, 305 Fellowship Road, Suite 100, P.O. Box 5471, Mnt. Laurel, NJ 08054 |
| 84 | Duncan Aviation Inc | 14,654.13 | Duncan Aviation Inc P.O. Box 3066 Omaha, NE 68103-0066 |
| 85 | Durabilt Fence L.L.C. | 2,175.00 | Durabilt Fence L.L.C. 99 E. Palatine Road Wheeling, IL 60090 |
| 86 | East Coast Jets, Inc. | 6,551.38 | East Coast Jets, Inc. 600 Hayden Circle Allentown, PA 18109 |
| 87 | Edwin C. Sigel, Ltd. | 1,850.00 | Edwin C. Sigel, Ltd. 3400 Dundee Rd., Suite 180 Northbrook, IL 60062 |
| 88 | Embraer Aircraft Customer Services, Inc. | 15,000.00 | Embraer Aircraft Customer Services, Inc., 276 SW 34th Street, Fort Lauderdale, FL 33315 |
| 89 | Embraer | 15,000.00 | Embraer - Empr Bras de Aeronautica S.A., Av. Brig. Faria Lima, 2170, 12227-901 - S.J. dos Campos - SP |
| 90 | ExxonMobil | 33,015.39 | ExxonMobil General Post Office P.O. Box 26883 New York, NY 10087-6883 |
| 91 | FagelHaber LLC | 1,138.15 | FagelHaber LLC 140 S. Dearborn Street 14th Floor Chicago, IL 60603 |

3

| # | Name | Amount | Address |
|---|---|---|---|
| 92 | Fed Ex | 2,015.88 | Fed Ex P.O. Box 1140 Memphis, TN 38101-1140 |
| 93 | Financial Times | 596.00 | Financial Times Ltd. Cashiers Department Southwark Bridge London SE1 9HL |
| 94 | Flight Dimensions International | 2,975.00 | Flight Dimensions International P.O. Box 630531 Baltimore, MD 21263-0531 |
| 95 | Flight Safety | 158,910.00 | Flight Safety Teterboro Learning Center 100 Moonachie Ave. Moonachie, NJ 07074 |
| 96 | Forbes Magazine | 19.99 | Forbes Magazine P.O. Box 5471 Harlan, IA 51593-0971 |
| 97 | Fortune | 19.99 | Fortune P.O. Box 60400 Tampa, FL 33660-0400 |
| 98 | G&K Services | 372.79 | G&K Services 8201 South Cork Avenue Justice, IL 60458 |
| 99 | Galileo International | 38.85 | Harris Lockbox Galileo International P.O. Box 95319 Chicago, IL 60694 |
| 100 | Garofalo Goerlich Hainback PC | 30,612.98 | Garofalo goerlich hainbach PC 1200 New Hampshire Ave NW STE 800 Washington, DC 20036-6802 |
| 101 | Garrett Aviation | 1,182.24 | Garrett Aviation, 1524 West 14th Street, Suite 110, Tempe, AZ 85281 |
| 102 | Gary Jet Center, Inc. | 30.00 | Gary Jet Center, Inc. Gary/Chicago Airport 5401 Industrial Hwy. Gary, IN 46406 |
| 103 | GE Capital | 886.89 | GE Capital P.O. Box 740423 Atlanta, GA 30374-0423 |
| 104 | General Dynamics | 17.93 | General Dynamics, W6365 Discovery Drive, Appleton, WI 64915 |
| 105 | Georgis Catering | 32.52 | Georgis Catering, 6339 S. Central Avenue, Chicago, IL 60638 |
| 106 | Gerald Rooney | 521.25 | Gerald Rooney 539. 5th Ave Lyndhurst, NJ 07071 |
| 107 | Gewarges & Associates | 2,940.00 | C/O Chilmark Partners 875 N. Michigan Ave. Suite 3460 Chicago, IL 60611 |
| 108 | Gibby's Plumbing Co., Inc. | 180.00 | Gibby's Plumbing Co., Inc. 7900 South 87th Avenue Justice, IL 60458 |
| 109 | Glimmers | 3,625.00 | Glimmers 3130 La Selva Drive Suite 304 San Mateo, CA 94403 |
| 110 | Global Trade Group | 438.37 | Global Trade Group 235 West Road - Suite 9 Portsmouth, NH 03801 |
| 111 | Grainger | 2,849.34 | Grainger 6450 S. Austin Ave. Chicago, IL 60638-5352 |
| 112 | Granite Cartage Compnay, Inc. | 2,970.00 | Granite Cartage Compnay, Inc. 3240 Loverock Avenue P.O. Box 288 Steger, IL 60475 |
| 113 | Gulfstream Aerospace Corporation | 474.69 | Gulfstream Aerospace Corporation P.O. Box 730349 Dallas, TX 75373-0349 |
| 114 | Harris Herman | 102.00 | Harris Herman, 44 Gramercy Park North, #8C, New York, NY 10010 |
| 115 | Home Depot | 231.63 | Home Depot, P.O. Box 103047, Roswell, GA 30076 |
| 116 | Honeywell Aerospace Electronic Systems | 4,784.60 | Honeywell Aerospace Electronic Systems PO Box 93123 - Walker LBX 77 Chicago, IL 60673-3123 |
| 117 | Honeywell International Inc. | 2,390.63 | Honeywell International Inc. P.O. Box 93123 Chicago, IL 60673-3123 |
| 118 | Houston International Aircraft Support | 450.45 | Houston International Aircraft Support, Inc., P.O. Box 891369, Houston, TX 7289-1369 |
| 119 | HQ Global Workplaces, Inc. | 8,199.43 | West Loop Part 125 S. Wacker Dr., Ste 300 Chicago, IL 60606 |
| 120 | Huge Hosting | 1,167.40 | Huge Hosting 1660 17th Street, Ste 201 Denver, CO 80202 |
| 121 | IFR/Acorn Group LLC | 442.29 | IFR/Acorn Group LLC, P.O. Box 18327, Newark, NJ 07191-8327 |
| 122 | Imperial Office Products | 543.10 | Imperial Office Products 5761 E. La Palma Avenue Suite 177 Anaheim, CA 92807 |
| 123 | In The News | 151.00 | In The News 4895-F Weswt Waters Ave. Tampa, Florida 33630-3176 |
| 124 | Infinite Conferencing | 1,242.89 | Infinite Conferencing, P.O. Box 836, Short Hills, NJ 07078 |
| 125 | Initial Security | 14,945.49 | Initial Security P.O. Box 4653 Oak Brook, IL 60522-4653 |
| 126 | InnerWorkings | 1,857.73 | InnerWorkings 1333 N. Kingsbury St. Chicago, IL 60622 |
| 127 | Innovative Plastics | 10.00 | Innovative Plastics 5502 Buckingham Drive Huntington |

| # | Creditor | Amount | Address |
|---|---|---|---|
| | | | Beach, CA 92649 |
| 128 | Intercon Security SMG, Inc, | 2,775.52 | Intercon Secrity SMG, Inc, 2311 West 22nd Street Oak Brook, IL 60523 |
| 129 | Interstate Distribution Center | 500.46 | Interstate Distribution Center, 3962 LandMark Street, P.O. Box 1925, Culver City, CA 90232-1925 |
| 130 | I-X Jet Center | 150.00 | I-X Jet Center 6200 Riverside Drive Cleveland, OH 44135 |
| 131 | Jay Johnson | 1,024.50 | Jay Johnson 12850 Hwy 9, Suite 600 Box 227 Alpharetta, GA 30004 |
| 132 | Jeppesen Sanderson, Inc. | 2,273.38 | Jeppesen Sanderson, Inc. 55 Inverness Drive East Englewood, CO 80112 |
| 133 | Jet Aviation | 6,648.57 | Jet Aviation P.O. Box 350035 Boston, MA 02241 |
| 134 | Jet Parts Inc. | 15,127.94 | Jet Parts Inc. 22148 Martella Avenue Boca Raton, FL 33433 |
| 135 | Jetscape, Inc. | 10,864.39 | Jetscape, Inc. 408 South Andrews #200 Fort Lauderdale, FL 33316 |
| 136 | Jetstar Inflight | 80.35 | Jetstar Inflight 19 Oak Street Moonachie, NJ 07074 |
| 137 | JMN Cleaning Services | 2,501.25 | JMN Cleaning Services 9136 W. 92nd Street Hickory Hills, Il 60457 |
| 138 | John Murtha | 25.00 | John Murtha Johnstown Cambria County Airport 479 Airport Road Johnstown, PA 15904 |
| 139 | John Neilson | 2,835.36 | John Neilson, 1166 Haag Court, Aurora, IL 60504 |
| 140 | Jonathan Dedmon | 239.45 | Jonathan Dedmon The Dilenschneider Group 70 West Madison St. Suite 600 Chicago, IL 60602 |
| 141 | June Belsanti-Marzano | 634.51 | June Belsanti-Marzano 4241 N. Major Ave. Chicago, IL 60634 |
| 142 | Kelly Temporary Services | 8,187.04 | Kelly Services, Inc. 1212 Solutions Center Chicago, IL 60677-1002 |
| 143 | Ken Bennett | 28.23 | Ken Bennett 12 Canterbury Way Morristown, NJ 07960 |
| 144 | Ken R. Qualls | 465.50 | Ken R. Qualls 5921 Glenbrook Drive Boca Raton, FL 33433 |
| 145 | Kevin Didion | 9,345.74 | Kevin Didion 4335 Emerson Ave Dallas, TX 75205 |
| 146 | KMZ Rosenman | 29,368.66 | KMZ Rosenman 525 West Monroe Street Suite 1600 Chicago, IL 60661-3693 |
| 147 | Lance McDonald | 2,269.60 | Lance McDonald, 2309 Wild Turkey Trail, Arlington, TX 76106 |
| 148 | Lawrence D'Oench | 1,551.52 | Lawrence D'Oench, 20 Stoney Brook Rd, Montville, NJ 07045 |
| 149 | Lektro Tech, Inc. | 311.81 | Lektro Tech, Inc. 4302 Henderson Blvd STE 114 P.O. Box 18566 Tampa, FL 33679 |
| 150 | Linda Unseth | 126.03 | Linda Unseth, 46365 Bemis Road, Belleville, MI 48111 |
| 151 | Lindquest & Vennum P.L.L.P. | 1,289.59 | Lindquest & Vennum P.L.L.P. 4200 IDS Center 80 South Eighth Street Minneapolis, Minnesota 55402 |
| 152 | Little Company of Mary | 80.00 | Little Company of Mary Affiliated Services, Inc. 5660 West 95th Street Oak Lawn, Illinois 60453 |
| 153 | Louik/Schneider & Associates, Inc. | 262.50 | Louik/Schneider & Associates, Inc. 54 W. Hubbard Street, Suite 210 Chicago, IL 60610 |
| 154 | Luce Press Clippings, Inc. | 976.54 | Luce Press Clippings, Inc., 42 S Center, Mesa, AZ 85210-1397 |
| 155 | MACO | 1,900.00 | MACO Roof Systems, Inc. 6 E. College Drive Arlington Heights, IL 60004 |
| 156 | MacNeal Occupational Health Services | 55.00 | MacNeal Occupational Health Services, 135 S LaSalle St., Dept. 2393, Chicago, IL 60674-2393 |
| 157 | Marie Cabo | 358.18 | Marie Cabo, 8650 Adria Court, Orland Park, IL 60462 |
| 158 | Marriott | 16,326.76 | Marriott 9100 Gulf Freeway Houston, TX 77017 |
| 159 | McAfee & Taft | 16,270.73 | McAfee & Taft Two Leadership Square 10th Floor Oklahoma City, Oklahoma 73102 |
| 160 | McGraw-Hill Companies | 592.16 | McGraw-Hill Companies Corporate AR 148 Princeton-Hightstown Road, N-2, Hightstown, NJ 08520-1450 |
| 161 | MCI | 185.37 | MCI P.O. Box 856053 Louisville, KY 40285-6053 |
| 162 | Megan Andersson | 1,866.23 | Megan Andersson, 7001 E Sweetwater Ave, Scottsdale, AZ 85254 |
| 163 | MEL Aeroflight, Inc | 1,640.00 | MEL Aeroflight, Inc P.O. Box 854, 433 Main Gruver, TX 79040-2483 |
| 164 | Michael Marrion | 341.09 | Michael Marion 2330 West Saint Paul Apt. 403 Chicago, IL 60647 |

5

| # | Name | Amount | Address |
|---|---|---|---|
| 165 | Midcoast | 31.16 | Midcoast P.O. Box 640972 Cincinnati, OH 452264-0972 |
| 166 | Midway Airport | 196.50 | Midway Airport, 5757 South Cicero Avenue, Chicago, Illinois 60638 |
| 167 | Midwest Aircraft Products Company | 6,791.95 | Midwest Aircraft Products Company P.O. Box 457 Mansfield, Ohio 44901 |
| 168 | Midwest Suburban Publishing | 252.64 | Midwest Suburban Publishing P.O. Box 757 Tinley Park, IL 60477-0757 |
| 169 | Million Air-Midway | 15,040.42 | Million Air-Midway P.O. Box 71-3018 Columbus, OH 43271-3018 |
| 170 | National Business Aviation Assoc | 250.00 | National Business Aviation Assoc, 1200 18th Street NW, Suite 400, Washington, DC 20036-2598 |
| 171 | Nav Canada | 72.46 | Nav Canada, 77 Metcalfe Street, Ottawa ON K1P 5L6, Canada |
| 172 | Navitaire, Inc. dba Open Skies | 127,462.34 | Navitaire, Inc. dba Open Skies 6322 South 3000 East Suite 150 Salt Lake City, UT 84121 |
| 173 | New Market Alliance, Inc. | 1,750.00 | New Market Alliance, Inc., 235 West Road, Suite #9, Portsmouth, NJ 03801 |
| 174 | New York State Dept. of Transportation | 167.86 | New York State - DOT 7150 Republic Airport Room 216 Farmingdale, NY 11735-3930 |
| 175 | Nextel Communications | 8,228.76 | Nextel Communications P.O. Box 4191 Carol Stream, IL 60197-4191 |
| 176 | North Jersey Media Group | 634.00 | North Jersey Media Group P.O. Box 1451 Newark, NJ 07101-1451 |
| 177 | Omnifax | 468.00 | Omnifax 9715 Burnet Road Austin, TX 78758 |
| 178 | Patten CAT | 594.58 | Patten CAT 635 W.Lake Street Elmhurst, IL 60126 |
| 179 | PBCC | 2,256.50 | PBCC P.O. Box 5151 Shelton, CT 06484-7151 |
| 180 | Pedersen & Houpt | 269,853.87 | Pedersen & Houpt 161 N. Clark Street, Suite 3100 Chicago, IL 60601-3224 |
| 181 | Peter Pappas | 2,736.90 | Peter Pappas 3510 Turtle Creek Blvd. Apt 4-F Dallas, TX 75219 |
| 182 | Pinkerton | 25,704.00 | Pinkerton World Headquarters 16910 Ventura Blvd. - Suite 900 Encino, CA 91436-2810 |
| 183 | Power Fashions, Inc. | 1,337.85 | Power Fashions, Inc. 230 DiLrenzo Drive Naperville, IL 60565 |
| 184 | Praxair Distribution, Inc. | 411.11 | Praxair Distribution, Inc. Dept. CH 10660 Palatine, IL 60055-0660 |
| 185 | Priester Aviation Service | 384.10 | Priester Aviation Service P.O. Box 88650 Chicago, IL 60680-1650 |
| 186 | Primo's | 391.21 | Primo's, 3580 Ulmerton Road, Clearwater, FL 33762 |
| 187 | Pro-Line Door Systems, Inc. | 3,567.84 | Pro-Line Door Systems, Inc. 716 North Edgewood Avenue Wood Dale, IL 60191 |
| 188 | Purchase Power | 1,266.41 | Purchase Power P.O. Box 856042 Louisiville, KY 40285-6042 |
| 189 | Quality Office & Printing Supply Inc. | 259.85 | Quality Office & Printing Supply Inc., 16118 Sherman Way, Van Nuys, CA 91406 |
| 190 | Radixx | 18,000.00 | Radixx 9411 Tradepoint Drive Orlando, FL 32827 |
| 191 | Reliable Fire Equipment Co. | 441.55 | Reliable Fire Equipment Co. 12845 South Cicero Avenue Alspi, Illinois 60803 |
| 192 | Resource Communications, Inc. | 503.91 | Resource Communications, Inc. 1211 Hamburg Turnpike Suite 300 Wayne, NJ 07470 |
| 193 | Resource One/Dynapro | 37,811.02 | Resource One/Dynapro P.O. Box 631 Hinsdale, IL 60522 |
| 194 | Richard Whitehouse | 7,137.18 | Richard Whitehouse 405 N. Wabash Unit 4708 Chicago, IL 60611 |
| 195 | Rolls Royce | 28,188.00 | Rolls-Royce Corporation, 2001 South Tibbs Avenue, Indianapolis, IN 46241 |
| 196 | Rubenstein Public Relations, Inc. | 30,373.46 | Rubenstein Public Relations, Inc. 1345 Avenue of the Americas New York, NY 10105-0109 |
| 197 | Sabre Inc. | 251.65 | Sabre Inc., S.T.I.N. Finance, 1 E. Kirkwood Blvd - MD7981, Southlake, TX 76092 |
| 198 | Salesforce.com, Inc. | 5,048.00 | Salesforce.com, Inc. P.O. Box San Francisco, CA 94119-1265 |
| 199 | Samuel Caminiti, Inc. | 475.00 | Samuel Caminiti, Inc. 299 West Fullerton Elmhurst, IL 60126-1503 |
| 200 | Satellite by Choice | 399.57 | Satellite by Choice 157 E. Main Street Lake Zurich, IL |

| # | Name | Amount | Address |
|---|---|---|---|
| 201 | SBC Ameritech | 412.00 | SBC Ameritech, Directory Operations, 100 E Big Beaver Road, Suite 1300, Troy, MI 48083 |
| 202 | Shannon C. Gilcrease | 270.50 | Shannon C. Gilcrease 2702 Meade Street Denver, CO 80211 |
| 203 | Signature Flight Support | 833.90 | Signature Flight Support, FAA Repair Stn. No. UD2R209L, 5000 W 63rd Street, Chicago IL 60638 |
| 204 | Sikorsky Memorial Airport | 13.00 | Sikorsky Memeorial Airport Manager's Office - Collections 1000 Great Meadow Road Stratford, CT 06615 |
| 205 | Skyline Displays & Graphics of Chicago | 6,313.43 | Skyline Displays & Graphics of Chicago, 255 Mittel Drive, Wooddale, IL 60191 |
| 206 | SMG | 75.00 | SMG 445 W. FULLERTON AVE ELMHURST, IL 60126 |
| 207 | Smith Power Transmission Co. | 62.54 | Smith Power Transmission Co. 5401 West 65th Street Bedford Park, IL 60638 |
| 208 | SPD Incorporated | 400.50 | SPD Incorporated, 1161 Tower Road, Schaumburg, IL 60173 |
| 209 | Steve Thomas | 506.50 | Steve Thomas 800 W. Renner Road #2517 Richardson, Texas 75080 |
| 210 | STI | 1,669.50 | STI 1383 General Aviation Drive Melbourne, FL 32935 |
| 211 | SWF Airport Acquisition, Inc. | 172.60 | SWF Airport Acquisition, Inc. 1035 First Street Stewart NY Int'l Airport New Windsor, NY 12553 |
| 212 | T-Bird Aviation, Inc. | 21,153.52 | T-Bird Aviation, Inc. 2350 North Aviation Avenue DuPage Airport West Chicago, IL 60185 |
| 213 | Tech Fire Protection, Inc. | 455.00 | Tech Fire Protection, Inc., 14006 S. Kildare Avenue, Crestwood, IL 60445 |
| 214 | Terminix International | 350.00 | Terminix International 655 W. Grand Ave #150 Elmhurst, IL 60126-1035 |
| 215 | The 410 Club | 840.00 | The 410 Club, 410 N Michigan Avenue, Chicago, IL 60611 |
| 216 | The Metropolitan Club | 800.00 | The Metropolitan Club, 67th Floor Sears Tower, Chicago, IL 60606 |
| 217 | The New York Times | 446.30 | The New York Times, P.O. Box 70, Northvale, NJ 07647-9908 |
| 218 | The Port Authority of NY & NJ | 5,510.53 | The Port Authority of NY & NJ P.O. Box 17505 Newark, NJ 07194 |
| 219 | The Wall Street Journal | 2,259.18 | The Wall Street Journal, Dow Jones & Company, 200 Burnett Road, Chicopee, MA 01028 |
| 220 | The Yellow Pages | 2,564.00 | The Yellow Pages P.O. Box 670528 Houston, TX 77267-0528 |
| 221 | Thomson & Thomson | 90.00 | Thomson & Thomson P.O. Box 71892 Chicago, IL 60694-1892 |
| 222 | Timothy Elder | 281.50 | Timothy Elder 6151 Gorin Drive SW Corydon, NJ 47112 |
| 223 | Toshiba America Information SY | 316.00 | Toshiba America Information SY P.O. Box 740423 Atlanta, GA 30374-0423 |
| 224 | Total Cleaning Service, Inc. | 7,365.00 | Total Cleaning Service, Inc. 5714 W. Diversey Ave. Chicago, IL 60639 |
| 225 | Treasurer, City of Cleveland, Ohio | 140.00 | Treasurer, City of Cleveland, Ohio Dept. of Port Control Accounting Dept 5300 Riverside Drive Cleveland, Ohio 44135 |
| 226 | Tricia Finch | 622.36 | Tricia Finch 3004 Ruth Fitzgerald Drive Plainfield, IL 60544 |
| 227 | U S Aviation | 1,888.00 | U S Aviation 516 Catspaw Lane Statesville, NC 28677 |
| 228 | United Parcel Service | 1,705.12 | United Parcel Service, P.O. Box 650580, Dallas, TX 75265-0580 |
| 229 | Universal Avionics | 1,000.00 | Universal Avionics Systems Corp. P.O. Box 29341 Phoenix, AZ 85038-9341 |
| 230 | USA Today | 1,419.50 | USA Today, 7950 Jones Branch Drive, 7th Floor - N St. John, McLean, VA 22108 |
| 231 | USA Today - Sports Weekly | 60.00 | USA Today - Sports Weekly 275 Great Valley Pkwy Malvern, PA 19355-1308 |
| 232 | VCG Uniform | 6,658.33 | VCG Uniform 5050 W. Irving Park Road Chicago, IL 60641 |
| 233 | Verizon Wireless | 776.88 | Verizon Wireless PO Box 6170 Carol Stream, IL 60197-6170 |

| # | Creditor | Amount | Address |
|---|---|---:|---|
| 234 | Vimar Transportation Consultants | 2,758.50 | Vimar Transportation Consultants P.O. Box 522003 Miami, FL 33152 |
| 235 | Virtual-Agent Services | 6,300.35 | Virtual-Agent Services 1920 N. Thoreau Drive, Suite 116 Schaumburg, IL 60173 |
| 236 | VNU Expositions | 2,050.00 | VNU Expositions, 14685 Avion Parkway, Suite 400, Chantilly, VA 20151 |
| 237 | Waste Management | 844.03 | Waste Management Arm: Billing Dept. 1411 Opus Place, STE 400 Downers Grove, IL 60515 |
| 238 | WCKG | 29,652.00 | WCKG, 22702 Network Place, Chicago, IL 60673 |
| 239 | Weather Services Int'l | 582.00 | Weather Services Int'l 4 federal Street Billeriea, MA 01821-4125 |
| 240 | Wells Fargo Bank | 2,761.65 | Wells Fargo Bank WF 8113 P.O. Box Minneapolis, MN 55485-8113 |
| 241 | Westchester County Airport | 2,907.36 | Westchester County Airport P.O. Box 6017 Mount Vernon, NY 10558 |
| 242 | Wicker, Smith, O'Hara | 5,779.01 | Wicker, Smith, O'Hara 2900 S.W. 28th Terrace Miami, FL 33133 |
| 243 | William Kostel | 2,976.83 | William Kostel 9031 N. 33rd Place Phoenix, AZ 85028 |
| 244 | WLS, Inc. | 16,200.00 | WLS, Inc. P.O. Box 93712 Chicago, IL 60673 |
| 245 | World Fuel Services, Inc. | 5,993.76 | World Fuel Services, Inc. 700 S. Royal Poinciana Blvd Suite 800 Miami Springs, FL 33166 |
| 246 | Worldspan | 311.44 | Worldspan 300 Galleria Parkway, N. W. Atlanta, GA 30339-3196 |
| 247 | WSCR/AM | 6,000.00 | WSCR/AM 22603 Network Place Chicago, IL 60673-1226 |
| 248 | Xerox Omnifax | 185.68 | Xerox Omnifax P.O. Box 676772 Dallas, TX 75267-6772 |
| 249 | XO Communications | 822.53 | XO Communications, File #73708, P.O. Box 60000, San Francisco, CA 94160-3708 |
| 250 | Yellow Freight Systems | 732.12 | Yellow Freight Systems P.O. Box 5901 Topeka, KS 66605-0901 |
| 251 | ZEP Manufacturing Co. | 356.51 | ZEP Manufacturing Co. Dept CH10697 Palatine, IL 60055-0697 |
| 252 | Zuckert Scoutt & Rasenberger, L.L.P. | 1,406.80 | Zuckert Scoutt & Rasenberger, L.L.P. 888 Seventeenth Street, NW Washington, DC 20006-3309 |
| 253 | Associated - Cliff Wylie - 0665 | 81.21 | Associated Visa Business Card, 1305 Main St, Stevens Point, WI 54481-2830 |
| 254 | Associated - NWA Holding - 0657 | 44.76 | Associated Visa Business Card, 1305 Main St, Stevens Point, WI 54481-2830 |
| 255 | Associated - Pete Pappas - 1200 | 237.56 | Associated Visa Business Card, 1305 Main St, Stevens Point, WI 54481-2830 |
|  |  | **363.53** |  |
| 256 | Excise Tax Payable | 90,706.48 | I.R.S., Cincinnati, Ohio, 45999-0009 |
| 257 | State of Delaware | 157,149.00 | State of Delaware, Secretary of State, 401 Federal Street, Suite 3, Dover, DE 19901 |
| 258 | PFC Tax Payable | 894.00 | State of Delaware, Secretary of State, Carvel State Office Bldg, 820 N. French St., 4th Fl, Wilmigton, DE 19801 |
|  |  | **248,749.48** |  |
| 259 | Woodland Financial Group LLC | 164,050.00 | Woodland Financial Group, LLC, 701 Harger Road, Suite 190 |
|  |  | **164,050.00** |  |
|  |  | 4,800,000.00 | Guarantor: Peter Pedersen, 161 N. Clark, Suite 3100, Chicago, IL 60601<br>Guarantor: Robert Lunn, 1 North Franklin Street, Suite 750, Chicago, IL 60606<br>Guarantor: Peter Pappas, 3510 Turtle Creek Blvd, Apt. |

| # | Creditor | Amount | Address |
|---|---|---|---|
| | | | 4F, Dallas, TX 75219 |
| 268 | Interest on Embraer Deposit | 417,706.35 | Peer Pedersen, 161 N Clark Ave, Suite 3100, Chicago, IL 60601 |
| 269 | Open Skies | 13,750.00 | Navitaire, Inc. dba Open Skies 6322 South 3000 East Suite 150 Salt Lake City, UT 84121 |
| 270 | Arthur Andersen | Unknown | Arthur Andersen, 55 East Monroe, Chicago, IL 60603 |
| 271 | AVMATS | Unknown | AVMATS, 18377 Edison Avenue, Chesterfield, MO 63005 |
| 272 | John Fenton (Disputed) | 138,000.00 | John Fenton, 9222 Shenandoah Run, Wesley Chapel, FL 33544 |
| 273 | Wells Fargo Bank Northwest, N.A. | 1,289,555.28 | Wells Fargo M259Bank Northwest, N.A., Corp.Trust Lease Grp, MAC U1228-120, 299 S. Main St, 12th Fl, Salt Lake City, UT 84111+M325 |
| 274 | Boston Consulting Group | 193,783.46 | Boston Consulting Group, 200 South Wacker Drive, 27th Floor, Chicago, IL 60606 |
| 275 | Dassault Falcon Jet | 1,400,000.00 | Dassault Falcon Jet Corp., Teterboro Airport, 200 Riser Road, Little Ferry, NJ 07643 |
| 276 | **IRS** | Unknown | Internal Revenue Service, D. Patrick Mullarkey, Tax Division (DOJ), Ben Franklin Station, DC 20044 |
| | | Unknown | IRS - District Counsel, 200 W. Adams Street, Suite 2300, Chicago, IL 60606-5208 |
| | | Unknown | IRS - District Director, P.O. Box 745, Chicago, IL 60690, Attn: DPN27-3 |
| | | Unknown | United States Attorney, 219 South Dearborn Street, Chicago, IL 60604 |
| | | **3,035,088.74** | |
| | | **10,129,863.90** | |

| Employee Name | Salary | Pay owed | Address |
|---|---|---|---|
| Achter, Frank H | $55,000 | $2,291.67 | 6923 Sahara Drive, Plainfield, IL 60544 |
| Adams, Gregory F | $30,000 | $1,250.00 | 610 Forest Road, LaGrange Park, IL 60526 |
| Alters, Nicole M | $27,000 | $1,125.00 | 9451 Walnut Drive, Munster, IN 46321 |
| Amirkhan, Kevin K | $30,000 | $1,250.00 | 1332 S 2nd Street, Louisville, KY 40208 |
| Aram, Gholam B | $70,000 | $2,916.67 | 10564 Owen Brown Road, Columbia, MD 21044 |
| Belsanti-Marzano, June R | $48,000 | $2,000.00 | 4241 N Major Ave, Chicago, IL 60634 |
| Bruno, Pamela | $27,000 | $1,125.00 | 83 Hunter Street, 2nd Floor, Lodi, NJ 07644 |
| Cabo, Marie A | $41,000 | $1,708.33 | 8650 Adria Court, Orland Park, IL 60462 |
| Cauwels, Douglas H | $70,000 | $2,916.67 | 221 Concord Lane, Carol Stream, IL 60188 |
| Clark, Christopher R | $55,000 | $2,291.67 | 4 Louis Court, Peekskill, NY 10566 |
| Crossman, Connye | $80,000 | $3,333.33 | 4705 Cates Ave, Jacksonville, FL 32210 |
| Cruz, Judith M | $27,000 | $1,125.00 | 104 Prospect Street, #7, Garfield, NJ 07026 |
| Cunningham, Michael V | $55,000 | $2,291.67 | 5416 S Lotus, Chicago, IL 60638 |
| Durdil, Crystal | $27,000 | $1,125.00 | 570 Parkside, Elmhurst, IL 60126 |
| Dygdon, Janice M | $27,000 | $1,125.00 | 9737 Fox Glen Drive, Unit 5J, Niles, IL 60714 |
| Finch, Tricia A | $60,000 | $2,500.00 | 3004 Ruth Fitzgerald Dr., Plainfield, IL 60544 |
| Gaddis, Lynn K | $50,000 | $2,083.33 | 836 S Michigan Ave, Unit 200, Chicago, IL 60605 |
| Ganjawala, Parag | $70,000 | $2,916.67 | 40 Shady Terrace, Wayne, NJ 07470 |
| Hefner, Lara M | $29,500 | $1,229.17 | 1415 N Dearborn Parkway, Apt 6D, Chicago, IL 606 |
| Kelly, John | $30,000 | $1,250.00 | 912 Darlington Lane, Crystal Lake, IL 60014 |
| Kollman, Natalie A | $70,000 | $2,916.67 | 122 East 11th Street, Apt 2D, New York, NY 10003 |
| Kostel, William | $150,000 | $6,250.00 | 9031 N 33rd Place, Phoenix, AZ 85028 |
| Laureano, Raul J | $29,500 | $1,229.17 | 24 Bishop Street, Waterford, CT 06385 |
| Liosi, Beth | $27,000 | $1,125.00 | 12 Liberty Pl, Apt E6, Weehawken, NJ 07086 |
| Mangiaracina, Anthony | $70,000 | $2,916.67 | 610 Westgate Terrace, Streamwood, IL 60107 |
| Marrion, Michael | $25,000 | $1,041.67 | 2330 W St. Paul, #403, Chicago, IL 60647 |
| McDonald, Lance K | $120,000 | $5,000.00 | 2309 Wild Turkey Trail, Arlington, TX 76016 |
| Mrozek, Gina M | $45,000 | $1,875.00 | 5919 S Oak Park Ave, Chicago, IL 60638 |
| O'Brien, Kathleen | $27,000 | $1,125.00 | 58 Birch Road, Vernon, NJ 07462 |
| Pankey, Kerry L | $27,000 | $1,125.00 | 267 Milburn Ave, Crete, IL 60417 |
| Pappas, Peter | $360,000 | $15,000.00 | 3510 Turtle Creek Blvd, Apt 4F, Dallas, TX 75219 |
| Ream, David G | $70,000 | $2,916.67 | 7037 Amberly Way, Ypsilanti, MI 48197 |
| Sgarlata, Julie | $50,000 | $2,083.33 | 15323 Aster Lane, Orland Park, IL 60462 |
| Short, James | $80,000 | $3,333.33 | 7700 NW 61st Terrace, Parkland, FL 33067 |
| Smith, Randall R | $25,000 | $1,041.67 | 13905 Kickapoo Tr, Homer Glen, IL, 60441 |
| Smith, Robert R | $60,000 | $2,500.00 | 1111 Butterfield Circle West, Shorewood, IL 60431 |
| Spriggs, Thomas W | $30,000 | $1,250.00 | 3912 N Leavitt, Chicago, IL 60618 |
| Sylvestro, Debra | $70,000 | $2,916.67 | 37 Mountain View Court, Riverdale, NJ 07457 |
| Winiecki, Steven G | $75,000 | $3,125.00 | 108 Armstead, Bethalto, IL 62010 |
| Wyderski, Dale | $55,000 | $2,291.67 | 8650 West 73rd Street, Justice, IL 60458 |
| Wylie, Cliff S | $120,000 | $5,000.00 | 385 E Green Street, Apt 2206, Pasadena, CA 91101 |
| Total | | $103,916.67 | |

In Re  Air-Serv, Inc.                                          Tax I.D.   06-0774880

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Air-Serv, Inc.**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered List of Creditors, consisting of ____ **Sheets** (not including this declaration) and that it is true to the best of my information and belief.

Signature: _____
           Air-Serv, Inc.

Dated:     8/18/03